USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-24-08

SAN35,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOCIATION, INC.,

                Plaintiff,

- against -

KUM KANG MARINE CO. LTD.,

                Defendant.
------------------------------------------------------X

ECF CASE

07 Civ. 9352 (LBS)

**STIPULATION AND ORDER
DISMISSING ACTION WITHOUT PREJUDICE,
VACATING PROCESS OF MARITIME
ATTACHMENT AND DIRECTING GARNISHEES TO RELEASE FUNDS**

WHEREAS, Plaintiff AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC. (the "AMERICAN CLUB"), commenced this action against Defendant KUM KANG MARINE CO. LTD. on or about October 18, 2007;

WHEREAS, on application of the Plaintiff, Process of Maritime Attachment and Garnishment ("PMAG") was issued on October 19, 2007, pursuant to Supplemental Rule B directing the restraint of assets of Defendant in the amount of $107,669.76;

WHEREAS, the PMAG was subsequently served on several banking institutions, including but not limited to Garnishees JPMorgan Chase Bank and the Bank of New York;

WHEREAS, Garnishee JPMorgan Chase Bank has restrained and currently holds $13,278.72 in funds belonging to Defendant;

WHEREAS, Garnishee the Bank of New York has restrained and currently holds

1

$8,737.64 in funds belonging to Defendant;

WHEREAS, Plaintiff and Defendant have partially settled the referenced claim and Plaintiff will pursue the remainder of the claim in South Korea;

NOW THEREFORE, on application of the parties it is hereby:

ORDERED, that Garnishees JPMorgan Chase Bank and the Bank of New York immediately transfer the above-stated restrained funds per banking instructions to be provided by counsel for Plaintiff.

IT IS FURTHER ORDERED that this action is discontinued without prejudice and without costs to either party.

LYONS & FLOOD, LLP
Attorneys for Plaintiff
AMERICAN STEAMSHIP OWNERS'
MUTUAL PROTECTION AND
INDEMNITY ASSOCIATION, INC.

By: _____
Jon Werner (JW 5000)
65 West 36th St., 7th Floor
New York, NY 10018
Tel: (212) 594-2400
Telefax: (212) 594-4589

Dated: New York, New York
       July 18, 2008

Dated: New York, New York
       May ___, 2008

Young Dae Kim
Administrator of the Estate of Defendant
KUM KANG MARINE CO. LTD.

By: _____
Young Dae Kim

Dated: Busan, Korea
       July 15, 2008

SO ORDERED

_____
U.S.D.J.

7/24/08

2

| | |
|---|---|
| 동부 2008 년 제 2660 호 | Registered No. 2008- 2660 |
| 인 증 | NOTARIAL CERTIFICATE |
| 위 향후 청구를 제기할 권리를 제한함이 없는 소송 각하, 해사 압류 영장 취소 및 채권압류 피통보자에 의한 자금 해제를 명하는 명령서에 | Young Dae Kim Administrator of the Estate of Defendant KUM KANG MARINE CO.LTD. personally appeared before me and admitted his (her) subscription to the attached |
| 기재된 금강해운 주식회사 파산관재인 김 용 대 는 | |
| 본직의 면전에서 위 사서증서에 서명한 것임을 자인하였다. | Stipulation and order dismissing action without prejudice, vacating process of maritime Attachent and Directing garnishees to release funds |
| 2008 년 7 월 15 일 이 사무소에서 위 인증한다. | This is hereby attested on this 15th day of Jul., 2008 at this office |
| 공증인가 부산재일합동법률사무소 | BUSAN JEIL LAW AND NOTARY OFFICE |
| 부산광역시 연제구 거제동 1487-1 정림빌딩 207호 | Jeong-Lim BLDG 207 #1487-1, Goje-Dong, Yeonge-gu, Busan, Korea. |
| 공증담당 변호사 | Attorney-at-Law |

This office has been authorized by the Minister of Justice, the Republic of Korea, to act as Notary Public since 1971.
Under Law No. 19



[제41호 서식]    BUSAN JEIL LAW AND NOTARY OFFICE ☎506-6708

Registered No 2008 – 2660

# NOTARIAL CERTIFICATE

**BUSAN JEIL LAW AND NOTARY OFFICE**

Jeong-Lim BLDG 207
#1487-1, Goje-Dong, Yeonje-Gu,
Busan, Korea.

